UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Morrison C. England, Jr.
Chief United States District Judge
Sacramento, California

RE:   HENDERSON, Bobby Lee
Docket Number:   2:11CR00080-01
EVIDENCE DISPOSAL MEMORANDUM

Your Honor,

The purpose of this memorandum is to request the Court approve destruction of the below listed contraband which was seized from the releasee's residence on August 18, 2011. Judicial notice was made in a petition filed on January 10, 2012, and the matter has been disposed.

1)    One physician's statement, dated April 19, 2011, endorsing the releasee's use of marijuana for medical problems.

2)    One plastic container with the word "kryptonite" written on it.

3)    One marijuana leaf, cut from a marijuana grow at the releasee's residence.

Respectfully submitted,

/s/ R. Walters

R. WALTERS
Senior United States Probation Officer

Dated:      May 17, 2013
            Redding, California
            RCW:aph

Rev. 11/2009
MEMO ~ COURT.MRG

RE:   **HENDERSON, Bobby Lee**
       **Docket Number:   2:11CR00080-01**
       **<u>EVIDENCE DISPOSAL MEMORANDUM</u>**

/s/ Kyriacos M. Simonidis

**REVIEWED BY:**   _____

**KYRIACOS M. SIMONIDIS**
**Supervising United States Probation Officer**

/s/ Terence E. Sherbondy

**REVIEWED BY:**   _____

**TERENCE E. SHERBONDY**
**Deputy Chief United States Probation Officer**

/s/ Christopher Hales

**REVIEWED BY:**   _____

**CHRISTOPHER HALES**
**Assistant United States Attorney**

_____

AGREE: _____X_____      DISAGREE: _____

_____      Date: May 22, 2013
                                                _____
**MORRISON C. ENGLAND, JR.**                    DATE
Chief United States District Judge

Rev. 11/2009
MEMO ~ COURT.MRG